# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**PHILLIP THOMPSON**                                                                **PLAINTIFF**

**VS.**                     **Case No. 6:17-cv-06049-PKH**

**ERIC TRIMBLE and OLD
DOMINION FREIGHT LINE, INC.**                                   **DEFENDANTS**

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants file this stipulation of dismissal, signed by all parties that have appeared, dismissing this action without prejudice, with each party bearing its own costs and attorneys' fees.

                                         Respectfully submitted,

                                         Taylor King Law
                                         320 Main Street
                                         Arkadelphia, Arkansas  71923
                                         (870) 246-0505
                                         russellmarlin@taylorkinglaw.com

                                         */s/  Russell D. Marlin*
                                         RUSSELL D. MARLIN
                                         *Attorney for Plaintiff*

                                         MUNSON, ROWLETT, MOORE & BOONE, P.A.
                                         400 West Capitol Avenue, Suite 1900
                                         Little Rock, AR 72201
                                         501/374-6535
                                         kara.mikles@mrmblaw.com

                                         */s/  Kara B. Mikles*
                                         KARA B. MIKLES, BAR NO. 2003088
                                         *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

    I, Kara B. Mikles, state that on this 29th day of June 2018, a true and correct copy of the foregoing pleading was served electronically via the Court's electronic case filing system, CM/ECF, on the following individual(s):

Russell D. Marlin
Taylor King Law
320 Main Street
Arkadelphia, Arkansas  71923


                                                      */s/  Kara B. Mikles*
                                                      KARA B. MIKLES