IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PHILLIP THOMPSON                                                                        PLAINTIFF

V.                                          6:17CV6049

ERIC TRIMBLE, et al                                                                     DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The parties have filed a Stipulation of Voluntary Dismissal (document #17) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that this case is hereby dismissed without prejudice.

                    AT THE DIRECTION OF THE COURT
                    DOUGLAS F. YOUNG, CLERK

                    By: /s/ Laura L. Wolfe
                          Deputy Clerk